# IN THE 381ST., DISTRICT COURT
## STARR COUNTY, TEXAS

### NOVEMBER 09, 2015

SERGIO ALANIS, SR., ET, AL,      §
Plaintiffs      §
VS      §    RE: CIVIL ACTION NO. DC-00-328
JESUS MARIA ALVAREZ, ET, AL,     §
Defendants      §
Ana Lisa Garza      §
Intervenor

---

## IN THE UNITED STATES TEXAS COURT OF APPEALS
## FOURTH COURT OF APPEALS
## CADENA-REEVES JUSTICE CENTER
## 300 DOLOROSA, SUITE 3200
## SAN ANTONIO, TEXAS 78205-3037

SERGIO ALAIS, SR., ET, AL
Appellants,
VS
JESUS MARIA ALVAREZ, ET, AL,
Appellees
Ana Lisa Garza
Appellee



FILED IN THE COURT OF APPEALS AT SAN ANTONIO, TEXAS 2015 NOV 12 PM 2:38 KEITH E. HOTTLE, CLERK

### NOTICE OF APPEAL

Notice is hereby given that Sergio Alanis, Sr., Maria Guadalupe Alanis, Susie Alanis, Sergio Alanis Jr., and Alonzo Alanis, Plaintiffs in the above styled and number case, hereby appeal to the Fourth Court of Appeals from the decision of the 381st Judicial District Court in the above referenced case rendered on October 21, 2015.

Sincerely,

*Sergio Alanis*
Sergio Alanis Sr. Pro Se
And Lead Counsel
402 N. Garcia St.
Rio Grande City, Texas 78582

*Maria Guadalupe Alanis*
Maria Guadalupe Alanis
P.O. Box 2601
Roma, Texas 78584

*Susie Alanis*
Susie Alanis
P.O. Box 2601
Roma, Texas 78584

*Sergio Alanis Jr.*
Sergio Alanis, Jr.
P.O. Box 2601
Roma, Texas 78584

*Alonzo Alanis*
Alonzo Alanis
P.O. Box 2601
Roma, Texas 78584

4-15-712-W
ARW

**SERGIO ALANIS, SR.**
**402 N. GARCIA ST.**
**RIO GRANDE CITY, TEXAS 78582**
**November 09, 2015**

OFFICE OF THE CLERK
FOURTH COURT OF APPEALS
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037

Dear Clerk:

    Enclose please find Appellant's **NOTICE OF APPEAL** and **APPELLANT'S MOTION TO REVIEW FURTHER ORDERS**.

    This Appeal is pursuant under TRAP 29.6 Review of Further Order. (a) Motion to review further orders. While an appeal from an Interlocutory order is pending on a party's motion or on the appellate court's own Initiative, the appellate court may review the following: (1) a further appealable Interlocutory order concerning the same subject matter; and (2) any Interlocutory order that interferes with or impairs the effectiveness of the relief sought or that may be granted on appeal. (b) Record. the party filing the motion may rely on the original record or may file a supplemental record with the motion.

    A simple review of appellants motion will show as follow:

    Ana Lisa Garza, Appellee/Intervenor has refiled the same motion for Summary Judgement On this case. See Exhibits A and C.

    Judge Federico G. Hinojosa's Order is in conflict and completely ignoring the ORDER issued on October 09, 2013 by the Honorable Catherine Stone, Chief Justice, Honorable Sandee Bryan, Justice, and Honorable Patricia O. Alvarez, Justice, REVERSED AND REMENDED to the trial court for further proceedings. Appeal No. 04-12-00517-CV. See Exhibit "B".

    Thanking you in advance for you attention to those matters and I remain.

Sincerely,

Sergio Alanis, Sr. Pro Se
and Lead Counsel
402 N. Garcia St.
Rio Grande City, Texas 78582